IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RICO WALKER and ROBERT HILL,**

    Plaintiffs,

    v.

**THOMASVILLE FORD LINCOLN, INC.,**
**f/k/a THOMASVILLE FORD LINCOLN**
**MERCURY, INC.,**

    Defendant.

Civil Action No. 7:11-cv-83 (HL)

### ORDER

In reviewing the Defendant's Motion for Summary Judgment (Doc. 20), the Court has discovered that the deposition for Plaintiff Robert Hill has not been filed by either party. The deposition of Mr. Hill is necessary to evaluate Defendant's claims that Plaintiffs submitted sham affidavits (Doc 37), and thus, the Court orders Defendants to submit Mr. Hill's deposition in its entirety on or before Wednesday, October 24, 2012.

**SO ORDERED**, this 19th day of October, 2012.

                                        *s/ Hugh Lawson*
                                      HUGH LAWSON, SENIOR JUDGE

ebr